189 So. 914

### Byron THORNHILL v. STATE.

### 6 Div. 530.

Supreme Court of Alabama.

June 15, 1939.

Jas. J. Mayfield, of Tuscaloosa, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Petition of Byron Thornhill for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in the case of Thornhill v. State, 189 So. 913.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.